JOHN MEYER
225629
16024 W. Brian Ave.
Kerman, CA 93630
Telephone: (559) 385-1565

Attorney for Reyes Lopez Magana

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>      v.<br>REYES LOPEZ MAGANA,<br><br>             Defendants. | CASE NO. 1:16-cr-00004-DAD-BAM<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE AND ORDER |

**STIPULATION**

1.      Mr. LOPEZ MAGANA is currently facing a violation of supervised release.

     a)      Mr. LOPEZ MAGANA is currently set for a status conference in the duty magistrate court on December 13th, 2021.

     b)      Mr. MAGANA LOPEZ indicates that he has pled to the underlying law violations in Stanislaus county.

     c)      The probation officer has placed a request with Stanislaus county for copies of the sentencing documents in that case. They have not arrived yet.

     d)      These documents are necessary in the resolution of this case, and therefore good cause exists to continue the matter.

In light of the above facts, the parties stipulate to vacate the status conference dated for the 13th of December, and request a status conference be set in the duty magistrate court for January 10, 2022.

STIPULATION AND FINDINGS AND ORDER                                   1

IT IS SO STIPULATED.

| | |
|---|---|
| Dated:  December 6, 2021 | PHILLIP TALBERT<br>United States Attorney |
| | /s/ Justin J. Gilio<br>Justin J. Gilio<br>Assistant United States Attorney |
| Dated:  December 6, 2021 | /s/ JOHN MEYER<br>John Meyer<br>Counsel for REYES MAGANA LOPEZ |

## **FINDINGS AND ORDER**

Based upon the stipulation and representations of the parties, the Court adopts the proposed stipulations, and orders that current status conference dated December 13, 2021 be vacated, and a new hearing be set for **January 10, 2022 at 2:00 p.m. before Magistrate Judge Sheila K. Oberto**.

IT IS SO ORDERED.

Dated: **December 6, 2021**          /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE