HEATHER E. WILLIAMS, Bar #122664
Federal Defender
ERIC V. KERSTEN, CA Bar #226429
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorneys for Defendant
REYES LOPEZ MAGANA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:16-cr-00004-ADA-BAM |
|---|---|
| Plaintiff, | **STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER THEREON** |
| vs. | Date: June 15, 2023 |
| REYES LOPEZ MAGANA, | Time: 2:00 p.m. |
| Defendant. | Judge: Hon. Barbara A. McAuliffe |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel that the status conference scheduled for June 1, 2023 may be continued to June 15, 2023 at 2:00 p.m., or the soonest date thereafter convenient to the court.

Reyes Lopez Magana is alleged to have violated his supervised release by failing to notify his supervising probation officer that he had changed his residence, and that he had changed his employment. This continuance is requested to allow additional time to conduct investigation and attempt to resolve the alleged violations.

///

///

///

Because this matter is a supervised release violation, the Speedy Trial Act does not apply, and no exclusion of time is necessary.

PHILLIP A. TALBERT
United States Attorney

DATED:  May 30, 2023     By     */s/ Justin J. Gilio*
JUSTIN J. GILIO
Assistant United States Attorney
Attorneys for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

DATED: May 30, 2023     By     */s/ Eric V. Kersten*
ERIC V. KERSTEN
Assistant Federal Defender
Attorneys for Defendant
Reyes Lopez Magana

## ORDER

IT IS SO ORDERED that the status conference is continued from June 1, 2023, to **June 15, 2023, at 2:00 p.m. before Magistrate Judge Barbara A. McAuliffe**.

IT IS SO ORDERED.

Dated:   **May 30, 2023**          /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE