HEATHER E. WILLIAMS, Bar #122664
Federal Defender
ERIC V. KERSTEN, CA Bar #226429
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorneys for Defendant
REYES LOPEZ MAGANA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>REYES LOPEZ MAGANA,<br><br>Defendant. | Case No. 1:16-cr-00004-ADA-BAM<br><br>**STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER THEREON**<br><br>Date:   July 20, 2023<br>Time:  2:00 p.m.<br>Judge: Hon. Sheila K. Oberto |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel that the status conference scheduled for July 6, 2023, may be continued to July 20, 2023 at 2:00 p.m., or the soonest date thereafter convenient to the court.

Reyes Lopez Magana is alleged to have violated his supervised release by failing to notify his supervising probation officer that he had changed his residence, and that he had changed his employment. This continuance is requested to allow additional time to conduct investigation and attempt to resolve the alleged violations. USPO Breanna Garcia does not object to this request.

///

///

Because this matter is a supervised release violation, the Speedy Trial Act does not apply, and no exclusion of time is necessary.

|  |  |
|---|---|
|  | PHILLIP A. TALBERT<br>United States Attorney |
| DATED: July 5, 2023 | By  /s/ Justin J. Gilio<br>JUSTIN J. GILIO<br>Assistant United States Attorney<br>Attorneys for Plaintiff |
|  | HEATHER E. WILLIAMS<br>Federal Defender |
| DATED: July 5, 2023 | By  /s/ Eric V. Kersten<br>ERIC V. KERSTEN<br>Assistant Federal Defender<br>Attorneys for Defendant<br>Reyes Lopez Magana |

## ORDER

**IT IS SO ORDERED**. For the reasons set forth above the status conference is continued to July 20, 2023,

DATED: 7/5/2023

*Sheila K. Oberto*
Hon. Sheila K. Oberto
Judge, United States District Court