PHILLIP A. TALBERT
United States Attorney
KATRINA BROWNSON
Assistant United States Attorney
2500 Tulare St., Suite 4401
Fresno, CA  93721
Telephone: (559) 497-4048

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  1:16-CR-00004-ADA-BAM |
| Plaintiff, | |
| v. | MOTION TO DISMISS AND PROPOSED ORDER |
| REYES LOPEZ MAGANA, | |
| Defendant. | |

The United States of America hereby moves to dismiss count one of the petition for warrant or summons for person under supervision filed on May 11, 2023 against Reyes Lopez Magana without prejudice and in the interest of justice. The dismissal was agreed upon by the assigned U.S. Probation Officer Breanna Garcia and the defendant as a condition of his admission to Count 2.

DATED:       September 28, 2023          Respectfully submitted,

                                        PHILLIP A. TALBERT
                                        United States Attorney


                                        /s/ Katrina Brownson
                                        Katrina Brownson
                                        Assistant United States Attorney

## ORDER

IT IS SO ORDERED that count one of the petition for warrant or summons for person under supervision filed on May 11, 2023 against Reyes Lopez Magana be dismissed.

IT IS SO ORDERED.

Dated:   October 1, 2023



UNITED STATES DISTRICT JUDGE